**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAGJIT SINGH,** | )<br>) |
| Plaintiff, | )  1:06-cv-1174 OWW LJO<br>) |
| v. | ) |
| **MICHAEL CHERTOFF, etc., et al.** | )  ORDER DISMISSING ACTION<br>)  PURSUANT TO VOLUNTARY<br>)  DISMISSAL |
| Defendant | ) |

**Pursuant to the notice of voluntary dismissal submitted by the plaintiff, and the defendant not having appeared;**

**This matter is ordered dismissed.** IT IS SO ORDERED.

**Dated:   November 7, 2006**          /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE

1